UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILFREDO IBARRA,

Plaintiff,

v. Case No: 6:26-cv-1086-JSS-DCI

NOTUS SOUTH, LLC,

Defendant.
___________________________________/

**ORDER**

This action commenced in May 2026 with allegations that Defendant violated the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201–219, and breached an implied contract when it failed to pay employees overtime wages. (Dkt. 1.) In July 2026, the parties filed a joint motion asking the court to approve the settlement agreement they negotiated and to dismiss the case with prejudice. (Dkt. 14.) The magistrate judge assigned to this case recommends that the court grant the motion. (Dkt. 16.) No party has filed objections to the recommendation, and the time to do so has passed.

Having independently examined the case file, the court agrees with the magistrate judge's recommendation.

Accordingly:

1. The recommendation (Dkt. 16) is **ADOPTED** and made a part of this order for all purposes, including appellate review.
2. The joint motion for settlement approval (Dkt. 14) is **GRANTED**.
3. The settlement agreement (Dkt. 14-1) is **APPROVED**.

4. The parties shall perform all actions necessary to effectuate the settlement agreement (Dkt. 14-1) to conclusion.
5. This case is **DISMISSED with prejudice**.
6. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close the case file.

**ORDERED** in Orlando, Florida, on November 12, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record